505 A.2d 599

**Kimberly C. MANN and John E. Mann, Jr., her husband and John E. Mann, Jr., Administrator of the Estate of John D. Mann, Petitioners,**

**v.**

**John J. GRIBB, M.D., John J. Choby, M.D. and Nestor J. Sendzik, M.D., t/a Central Bucks Ob-Gyn, Ltd., Respondents.**

Supreme Court of Pennsylvania.

Feb. 20, 1986.

544

### ORDER

PER CURIAM.

AND, NOW, this 20th day of February, 1986, the Petition for Allowance of Appeal is granted, the order of Superior Court is reversed and the case remanded to the Bucks County Court of Common Pleas for further proceedings consistent with the opinion of this Court in *Amadio v. Levin et al.*, 509 Pa. 199, 501 A.2d 1085 (1985).

Mr. Chief Justice Nix, Mr. Justice Flaherty and Mr. Justice Hutchinson dissent for the reasons set forth in their dissents in *Amadio, supra.*